**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Michael Riggins aka Michael Riggins, Sr. | No.   12-41854 |
| Debtor | Hon.  Janet S. Baer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 23, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Yevgeniy Feldman and Tom Vaughn on February 23, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Michael Riggins aka Michael Riggins, Sr.
36 W. 19th St.
Chicago Heights, IL 60411

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Yevgeniy Feldman
Robert J. Semrad & Associates, LLC
20 S. Clark, 28th Floor
Chicago, IL 60603